# EXHIBIT B



# RECON Payloads
## Optical Sensors for Modular AUVs

The RECON line of AUV payloads from 2G Robotics brings high performance subsea optical sensors to some of the smallest and most versatile subsea vehicles on the market. Unlock the potential of your AUV fleet with RECON LS, the world's first compact laser scanner for man-portable AUVs. Upgrade your low grade camera to the RECON CS stills imaging payload with its 4K camera and ultra bright LED lightbar and see what you have been missing.

 High-resolution inspection from low cost platforms

 Real-time onboard processing and data storage

 Modular design for seemless integration

| RECON LS | RECON CS |
|---|---|
| • High resolution ULS-500 Micro laser scanner<br>• Micro OBSERVER stills camera with NOVA LED lightbar<br>• Drop-in module or retrofit integration | • Wide field of view Micro OBSERVER 4K stills camera<br>• NOVA LED Lightbar with power efficient blue LEDs<br>• Drop-in module or retrofit integration |


Defence


Offshore Wind


Oil & Gas


Maritime Research

**Designed to work in the most demanding industries.**

Contact sales@2GRobotics to learn more



# RECON LS — Laser and Stills Payload



- Micro Laser and Stlls Module
- 2G Laser Technology
- Dedicated High Speed Laser Camera
- Ultra Bright LED Strobe

## Quick Guide

| | |
|---|---|
| Laser Type | 700mW | Class 3B | 450nm |
| Points Per Laser Line | 2464 |
| Resolution (4m, 3knots, 85Hz) | Along Track: 18mm<br>Across Track: 1.5mm |
| Stills Camera Type | Monochrome or Colour |
| Camera Sensor | 2/3" CMOS | 12-bit |
| Resolution | 2464 x 2056 |
| LED Output | Up to 200,000 Lumens |
| Control | WiFi Accessible Windoes GUI<br>Mission Planning with API |
| Power | Laser & Stills: 55W typical<br>Laser only: 35W typical |
| System Range | 7m |



2G ROBOTICS

# RECON CS    4K Imaging Payload



- Onboard Processing and Storage
- Wide Field of View 4K Camera
- Even Illumination with Power Efficient Blue LEDs

## Quick Guide

| | |
|---|---|
| Stills Camera Type | Monochrome or Colour |
| Camera Sensor | 1.1" CMOS \| 12-bit |
| Resolution | 4112 x 3008 |
| Field of View | 79° x 59° in water |
| Lens | Option 1: F2.0 \| 12mm (High Sensitivity)<br>Option 2: F2.0 \| 8mm (Wide Field of View) |
| LED Colour | Blue or White |
| LED Output | Up to 200,000 Lumens |
| Control | WiFi Accessible Windoes GUI<br>Mission Planning with API |
| Power | 33W typical (1Hz, 2.5ms exposure) |
| System Range | 7m |





Contact sales@2grobotics.com to learn
how to add RECON to these vehicles





www.2GRobotics.com

Made in Canada