# EXHIBIT C

# 2G Robotics Launches RECON Payloads for Modular AUVs

May 6, 2020 | News



**Waterloo CANADA** | May 6, 2020 – 2G Robotics has officially launched a line of payloads for use on light, modular Autonomous Underwater Vehicles (AUVs). 2G's RECON line of products include the RECON CS, a 4K stills camera and LED lightbar payload, and the RECON LS, a payload featuring the ULS-500 Micro laser scanner and Micro OBSERVER stills camera.

Over the last year 2G has miniaturized their laser scanner and stills camera solutions to integrate with small, modular AUVs. The




payloads enable OEMs to offer 2G's
RECON line as a standard payload on their vehicles, giving users flexibility and performance previously not available from their fleet.

Testing throughout the winter and spring has proven that subsea laser modelling can be achieved with cost efficient navigational sensors aboard these small AUVs, with measurement error of less than 3cm. Along with their hardware, 2G Robotics' proprietary algorithms enhance and light level stills images in real time, delivering high resolution processed results upon retrieval of the vehicle.

"We have proven this as a viable inspection solution for man-portable AUVs for commercial and naval mine countermeasure (MCM) applications. This removes the final barrier to adoption of these small vehicles and could revolutionize the cost effectiveness of high accuracy inspection operations" states Chris Gilson, Product Development Manager for 2G Robotics.

2G has delivered its first RECON CS system for an undisclosed customer in the United States and is now available for purchase. The RECON CS is available as an option for REMUS. OEMs and users are welcome to inquire about integrating RECON with their vehicles by contacting sales@2GRobotics.com.

Data Sheet Download

## Recent News

Achieving Deep Water Laser Survey Mapping

2G Robotics Announces CEO Leadership Transition

Subsea Sensors That Are Leading the Way for Pipeline Inspection Automation

2G Robotics Launches RECON Payloads for Modular AUVs

Sonardyne Acquires 2G Robotics

## Archives

September 2020

August 2020

May 2020

February 2020

December 2019

November 2019

October 2019

September 2019

May 2019

April 2019

March 2019

December 2018

November 2018

April 2018

March 2018

January 2018

December 2017

November 2017

October 2017

June 2017

May 2017

March 2017

January 2017

April 2015

March 2015

February 2015

January 2015

October 2014

August 2014

Data Sheet Download

June 2014

May 2014

April 2014

February 2014

January 2014

December 2013

November 2013

October 2013

September 2013

July 2013

June 2013

January 2013

November 2012

October 2012

August 2012

February 2012

January 2012

August 2011

June 2011

May 2011

March 2011

February 2011

January 2011

October 2010

August 2010

July 2010

June 2010

Data Sheet Download

May 2010

April 2010

January 2010

December 2009

November 2009

August 2009

## Categories

Archived News

Blog Posts

Dynamic Metrology

News

Pipe Tubes and Tunnels

Uncategorized

Data Sheet Download

Copyright © 2G Robotics 2020