# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| CATHX RESEARCH LTD | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 5:21-cv-00077-RWS |
| 2G ROBOTICS INC., | § § § | |
| *Defendant*. | § | |

## Defendant's Rule 7.1 Statement

Defendant 2G Robotics Inc. (now known as Voyis Imaging Inc. ("Voyis")) makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1:

Voyis is a wholly-owned subsidiary of Sonardyne Group Limited. No publicly held corporation owns 10% or more of Voyis' stock.

Dated: September 21, 2021

Respectfully submitted,

By: **JACKSON WALKER LLP**

*/s/ Arthur Gollwitzer III*
(by permission of lead counsel)
Arthur Gollwitzer III
Texas State Bar No. 24073336
agollwitzer@jw.com
100 Congress Avenue, Suite 1100
Austin, Texas 78701
(512) 236-2000 – Phone
(512) 236-2002 – Fax

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Mircea A Tipescu (Lead Attorney) (admitted *pro hac vice)*
Manish K. Mehta (to be admitted *pro hac vice*)
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone:  312.212.4949
Facsimile:   312.757.9192
Email: mtipescu@beneschlaw.com
Email:  mmehta@beneschlaw.com

***Attorneys for Defendant 2G Robotics Inc.***

## Certificate of Service

I, Arthur Gollwitzer III, an attorney of record in this matter, hereby certify that on September 21, 2021, I electronically filed the following document:

### Defendant's Rule 7.1 Statement

with the Clerk of the United States District Court for the Eastern District of Texas, Texarkana Division, using the CM/ECF system, which will send notification and a copy of this filing to all counsel of record.

Lance Lee
wlancelee@gmail.com
Attorney at Law
5511 Plaza Dr.
Texarkana, Texas 75503

Edward L. Bishop *(pro hac vice)*
 ebishop@bdl-iplaw.com
Stephanie N. White *(pro hac vice)*
 swhite@bdl-iplaw.com
Bishop Diehl & Lee, Ltd.
1475 E. Woodfield Rd., Ste. 800
Schaumburg, IL 60173

                                            */s/ Arthur Gollwitzer III*
                                            Arthur Gollwitzer III