UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| CATHX RESEARCH LTD | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 5:21-cv-00077-RWS |
| 2G ROBOTICS INC., | § § § | |
| *Defendant*. | § | |

### DECLARATION OF MIRCEA A. TIPESCU IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF CATHX RESEARCH LTD.'S COMPLAINT

I, Mircea A. Tipescu, declare:

1. I am a partner with Benesch, Friedlander, Coplan & Aronoff LLP, counsel in this action for Defendant Voyis Imaging Inc. f/k/a 2G Robotics Inc.  I submit this declaration in support of Defendant's Motion to Dismiss Plaintiff Cathx Research LTD.'s Complaint.  I have personal knowledge of the matters contained within this declaration, and if called as a witness, could testify competently to the matters contained herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 10,116,842.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Applicant's Amendment and Response to Final Office Action and Petition for Extension of Time dated February 2, 2018 from the U.S. Patent & Trademark Office prosecution file history for U.S. Patent No. 10,116,842.

4. Attached hereto as Exhibit 3 is a true and correct copy of the unpublished decision *Hawk Technology Systems, LLC v. Castle Retail, LLC*, No. 2:20-cv-02766-JPM-tmp, Dkt. 44 (W.D. Tenn. Sept. 15, 2021).

30187416v.1

I declare that the foregoing statements are true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746.

Dated: September 21, 2021

                                                         */s/ Mircea A. Tipescu*
                                                         Mircea A Tipescu