UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| CATHX RESEARCH LTD § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case No. 5:21-cv-00077-RWS |
| § | |
| 2G ROBOTICS INC., § | |
| § | |
| *Defendant*. § | |

**[Proposed] Order**

This matter has come before the Court on Defendant's Motion to Dismiss Plaintiff Cathx Research Ltd.'s Complaint filed on September 21, 2021. The Court, being familiar with Defendant's motion, the applicable law, and relevant facts, orders as follows:

It is hereby ordered that Defendant's Motion to Dismiss Plaintiff Cathx Research Ltd's Complaint is GRANTED and this action is dismissed with prejudice.

30173488v.1