# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **CATHX RESEARCH LTD.,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**2G ROBOTICS INC. a/k/a VOYIS IMAGING, INC.**<br><br>　　　　Defendant. | Civil Action No: 5:21-cv-00077-RWS<br><br>Judge: Hon. Robert W. Schroeder III<br><br>**JURY TRIAL DEMANDED** |

## **ORDER**

BEFORE the Court is Defendant's Motion to Dismiss (Dkt. #11). Having considered said Motion, the Court finds that it is moot. Therefore, it is hereby

ORDERED, ADJUDGED and DECREED that Defendant's Motion to Dismiss is DENIED as MOOT.