## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| CATHX RESEARCH LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 5:21-cv-00077-RWS |
| | § | |
| 2G ROBOTICS INC. a/k/a VOYIS IMAGING, INC., | § | |
| | § | |
| *Defendant*. | § | |

## DECLARATION OF MIRCEA A. TIPESCU IN SUPPORT OF VOYIS' SUR-REPLY TO PLAINTIFF'S MOTION TO EXCLUDE AND STRIKE THE EXPERT REPORT OF DR. JOHNSON-ROBERSON

I, Mircea A. Tipescu, declare under penalty of perjury as follows:

1. I am a Partner at the law firm of Benesch, Friedlander, Coplan & Aronoff LLP, counsel of record for Defendant Voyis Imaging, Inc. ("Voyis"). I submit this declaration in support of Voyis' Sur-Reply to Plaintiff's Motion to Exclude and Strike the Expert Report of Dr. Johnson-Roberson.

2. I have personal and firsthand knowledge of the facts set forth herein and, if called upon to testify as a witness, I would testify competently thereto under oath.

3. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the deposition transcript of Adrian Boyle that have had information designated as "Confidential" or "Restricted – Attorneys' Eyes Only" redacted pursuant to the Protective Order.

I declare under penalty of perjury under the laws of the United States that the foregoing facts are true and correct.

Dated: February 10, 2023                             /s/Mircea A. Tipescu

                                                     Mircea A. Tipescu