EXHIBIT
6

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF TEXAS
 2                      TEXARCANA DIVISION
                  CASE NO.  5:21-CV-00077-RWS
 3

 4   CATHX RESEARCH LTD.,

 5          Plaintiff(s),

 6       vs.

 7   2G ROBOTICS INC., a/k/a
     VOYIS IMAGING INC.,
 8
            Defendant(s).
 9
     _____
10

11     REMOTE 30(b)(6) VIDEOTAPED DEPOSITION UNDER ORAL

12                       EXAMINATION OF

13                       ADRIAN BOYLE

14               DATE: January 4, 2023

15          REPORTED BY:  MICHAEL FRIEDMAN, CCR

16        **********************************
          *          CONFIDENTIAL          *
17        *      ATTORNEYS EYES ONLY       *
          **********************************
18

19                    *** ROUGH DRAFT ***

20

21

22
                        GREGORY EDWARDS
23         400 Virginia Avenue, SW - Suite C-120
                     Washington, DC 20024
24                     (202) 347-9300

25   JOB # 010423-MFH
```

```
 1        A    I don't believe so not particularly
 2   no, not that I can recall.
 3        Q    Did you review the patents that are
 4   asserted in this case?
 5        A    I probably -- probably not
 6   specifically no.
 7        Q    When was the last time you reviewed
 8   the patents asserted in this case?
 9        A    I suspect about a month ago.
10        Q    Did you speak with anybody other
11   than counsel in preparation for your
12   deposition today?
13        A    I didn't.
14        Q    Okay.  A few more documents I will
15   add to the chat.  Well let's start with this
16   one I've added to the chat the 841 patent
17   could you please let me know when you have
18   that open?
19        A    Okay.
20        Q    Can we please mark for the record
21   as Exhibit 4 U.S. patent number 10116841.
22             (Whereupon the above mentioned was
23        marked for Identification.)
24        A    I have that open.
25        Q    Do you recognize this document
```

```
1    Mr. Boyle?
2         A    I do.
3         Q    What is this document?
4         A    It's the 841 patent.
5         Q    Are you an inventor on this patent?
6         A    I am.
7         Q    Okay.  I'm going to add the patent
8    to the chat please let me know when you have
9    the next document opened for the record can
10   we please mark as Exhibit 5 U.S. patent
11   number 10116842.
12            (Whereupon the above mentioned was
13        marked for Identification.)
14        A    I have that open.
15        Q    Do you recognize this document?
16        A    I do.
17        Q    What is this document?
18        A    It's the 842 patent.
19        Q    Are you an inventor on this patent?
20        A    I am.
21        Q    Looking at the 842 patent, can you
22   scroll down to page 28 of the PDF if you look
23   at column 1 on the top left side?
24        A    Sorry what page.
25        Q    PDF page 28 column 1?
```

```
 1        A    Yeah, I got it.
 2        Q    Do you see in the top left side
 3   there's a section called related patents
 4   under column --
 5        A    Related applications.
 6        Q    Yes, he I'm sorry related
 7   applications?
 8        A    Yeah, I do.
 9        Q    The -- I will represent to you that
10   the related applications section of patent
11   discusses the priority chain of the patent do
12   you understand what is your understanding of
13   the priority or the chain of applications of
14   the 842 patent?
15             MR. BISHOP:  Objection, form.
16        A    My understanding of the chain of
17   applications I don't understand that at all.
18        Q    Sorry I will rephrase do you
19   understand the 842 patent was filed based on
20   a series of applications in the P.C. T patent
21   cooperation trade treaty and based on United
22   Kingdom Dom applications?
23             MR. BISHOP:  Objection, form.
24        A    Sorry give me that once more.
25        Q    Yeah do you understand that the 842
```

```
 1    patent claims priority which means it claims
 2    the filing date of patent applications that
 3    were filed internationally including in the
 4    United Kingdom?
 5              MR. BISHOP:  Objection to form.
 6         A    Yeah.
 7         Q    What is your understanding of the
 8    priority claim of the 842 patent?
 9         A    Of the priority claim I don't
10    understand what is meant by the priority
11    claim do you mean the date of that claim?
12         Q    Yeah let me be a little bit more
13    specific do you understand that the 842
14    patent claims priority to a United Kingdom
15    patent application that was filed on
16    October 17, 2012?
17              MR. BISHOP:  Objection to form.
18         A    I do.
19         Q    Now can you please look at -- on
20    Exhibit 4 the 841 patent can we please look
21    at that exact same paragraph which would be
22    page 28 of the Exhibit 4, the 841 patent?
23         A    Yeah.
24         Q    Okay.
25         A    Got it.
```

```
 1        Q    Do you see that same related
 2   application section?
 3        A    I do.
 4        Q    Do you see at the bottom of the
 5   first paragraph you can see that application
 6   GB 1218648 dot 2 was filed October 17, 2012?
 7        A    I do yeah.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18        Q    And did CathX file a patent on that
19   concept or that invention?
20        A    I believe --
21             MR. BISHOP:  Objection to form.
22        Q    Sorry what was your answer?
23        A    I believe we did.
24        Q    Can we look at the exhibit number 5
25   marked as the 842 patent?
```

```
 1        A    Sure.
 2        Q    Are you familiar with the with the
 3   technology of the 842 patent?
 4        A    I am.
 5        Q    What invention was what technology
 6   were you filing an invention a patent on in
 7   this patent?
 8             MR. BISHOP:  Objection, form.
 9        Q    Let me rephrase that into a better
10   question.  What technology were you seek to
11   go protect when you filed the 842 patent?
12             MR. BISHOP:  Objection, form.
13        A    The laser I think if the title of
14   this one let me just picture if I have this
15   right.  Yeah so this is specifically around
16   range and dimensional information methods to
17   acquire that information from surveys.
18        Q    Let's look at the claims of the 842
19   patent if you can scroll down to claim 1
20   which is on PDF page 45 of Exhibit 5.
21        A    Yeah.
22        Q    Do you see under claim 1 there's a
23   limitation that begins with the camera
24   configured?
25        A    The camera configured you mean the
```

```
1    so let's look at claim 1 of the '842 patent
2    it's on PDF page 45?
3         A    Okay.
4         Q    So there's do you see that the
5    first the preamble on the claim or the first
6    part of the sentence of the claim says an
7    underwater survey system for gathering range
8    in three dimensional information of subsea
9    objects the system?
10        A    Yes.
```



```
17        Q    Then the system comprising so the
18   system comprises a camera configured to
19   capture images ever a subsea scene do you see
20   that?
21        A    I do.
22        Q    Did CathX invent using a camera
23   configured to capture images of a subsea sea?
24             MR. BISHOP:  Objection, form.
25        A    Did we invent a capture a camera
```

```
 1   captures images of a subsea scene no.
 2       Q    The next one reads -- the next part
 3   of the sentence reads one or more reference
 4   projection light sources configured to
 5   project one or more structured light beams.
 6   Do you see that Mr. Boyle?
 7       A    I do.
```

