# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| CATHX RESEARCH LTD., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 5:21-cv-00077-RWS |
| 2G ROBOTICS INC. a/k/a VOYIS IMAGING, INC., | § § § § | |
| Defendant. | § | |

**DEFENDANT VOYIS IMAGING, INC.'S
ELECTION OF ASSERTED PRIOR ART**

Pursuant to the Fourth Amended Docket Control Order (Dkt. 129), Voyis Imaging, Inc. ("Voyis") hereby identifies the following Prior Art References with respect to the asserted claims of the patents-in-suit. Voyis also incorporates by reference its initial, supplemental, second, and third supplemental invalidity contentions. Voyis reserves the right to modify this election based on the outcome of the currently pending motions regarding the application of E.D. Tex. GO 13-20 ("General Order Adopting Model Order Focusing Patent Claims and Prior Art to Reduce Cost") and Cathx's request for reconsideration of the Court's claim construction rulings. *See* Dkt. Nos. 105, 106.

| **Patent/Application Number:** | **Country of Origin:** | **Issue/Publication Date:** |
|---|---|---|
| US 2008/0084496 | United States | 4/10/2008 |
| WO 2011/143622 | PCT | 11/17/2011 |
| US 2011/0228075 | United States | 9/22/2011 |
| US 2012/0062963 | United States | 3/15/2012 |
| US 2012/0069172 | United States | 3/22/2012 |

| JP 2012/015638 | Japan | 1/19/2012 |

| Title: | Date: | Author and Publisher: |
|---|---|---|
| 3D Visual Modeling of Hydrothermal Chimneys using a Rotary Laser Scanning System | 2011 | T. Nakatani et al. |
| Autonomous detection and volume determination of tubeworm colonies from underwater robotic surveys | 2010 | T. Maki et al. |
| Real time path-planning of an AUV based on characteristics of passiveacoustic landmarks for visual mapping of shallow vent fields | 2007 | T. Maki et al. |
| Color-Accurate Underwater Imaging using Perceptual Adaptive Illumination | 2010 | I. Vasilescu et al. |
| Laser line-scan fluorescence and multispectral imaging of coral reef environments | 1996 | M. Strand et al. |
| Range-gated underwater laser imaging system based on intensified gate imaging technology | 2008 | J. Weiqi et al. |
| LUCIE ROV mounted laser imaging system | 1992 | G. Fournier et al. |
| Imaging Systems for Advanced Underwater Vehicles | 2011 | F. Bonin et al. |
| Experimentation of structured light and stereo vision for underwater 3D reconstruction | 2010 | F. Bruno et al. |
| Application of Structured Light Imaging for High Resolution Mapping of Underwater Archaeological Sites | 2010 | C. Roman et al. |
| Underwater Optical Imaging: Status and Prospects | | |
| Underwater Optical Imaging: Status and Prospects | 2001 | J. Jaffe et al. |
| Underwater Optics and Imaging | 2008 | F. Caimi et al. |
| Development of the AUV Tri-TON for Imaging Rough Seafloor | August 2-3, 2012 | Toshiro Maki, et al. "The 23rd Ocean Engineering Symposium," Japan Society of Naval Architects and Ocean Engineers |

| Title: | Date: | Author and Publisher: |
|---|---|---|
| Volumetric Mapping of Tubeworm Colonies in Kagoshima Bay through Autonomous Robotic Surveys | Available on the ScienceDirect website at least as early as May 26, 2011 | Toshiro Maki, et al. "Deep Sea Research Part I: Oceanographic Research Papers," Volume 58, Issue 7 |
| Deep-Ocean Use of the SM2000 Laser Line Scanner on Submarine NR-1 Demonstrates System Potential for Industry and Basic Science | Available on the IEEE Xplore website at least as early as August 6, 2002 | I.R. MacDonald, et al. "Challenges of Our Changing Global Environment," Conference Proceedings OCEANS '95 MTS/IEEE |
| First Sea Trials of a Laser Aided Three Dimensional Underwater Image Mosaicing Technique | Available on the IEEE Xplore website at least as early as August 30, 2011 | L. Brignone, et al. OCEANS 2011 IEEE - Spain |
| An Approach of 3D Information Real-Time Display of Underwater Target Based on Laser Digital Scanning Grid | Available on the IEEE Xplore website at least as early as June 30, 2009 | Bing Zheng, et al. OCEANS 2008 |
| Development of a New Underwater Bathymetric Laser Imaging System: L-Bath | August 1, 2000 | K. D. Moore, et al. "Journal of Atmospheric and Oceanic Technology," Volume 17, Issue 8 |
| Three-dimensional measurement of underwater work sites using structured laser light | September 1999 | Tetlow, S., et al. Meas. Sci. Technol, 10(12): pp. 1162-1167 |

| Item for Sale or in Public Use: | Date: | Person or entity which made the information known or to whom it was made known: |
|---|---|---|
| ULS-500 integration with the Hugin AUV ("LPP Offer For Sale") | May 1, 2012 | 2G Robotics Inc. to C&C Technologies, Inc. |
| ULS-500 integration with the Hugin AUV ("LPP Offer For Sale") | May 18, 2012 | 2G Robotics Inc. to C&C Technologies, Inc. |

3

Dated: January 18, 2023

                                 Respectfully submitted,

By: **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ Mircea Tipescu*
Mircea A Tipescu (Lead Attorney) (admitted *PHV)*
Manish K. Mehta (admitted *PHV*)
Zaiba Baig (admitted *PHV*)
Greg Proctor (admitted *PHV)*
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Tel: (312) 212-4949
mtipescu@beneschlaw.com
mmehta@beneschlaw.com
zbaig@beneschlaw.com
gproctor@beneschlaw.com

**JACKSON WALKER LLP**
Arthur Gollwitzer III
Texas State Bar No. 24073336
100 Congress Avenue, Suite 1100
Austin, Texas 78701
Tel: (512) 236-2000
agollwitzer@jw.com

William T. Nilsson
Texas State Bar No. 24123350
2323 Ross Ave., Suite 600
Dallas, TX 75201
Tel: (214) 953-6000
wnilsson@jw.com

***Attorneys for Defendant 2G Robotics Inc.
a/k/a Voyis Imaging, Inc.***

4

## CERTIFICATE OF SERVICE

I, Greg Proctor, an attorney of record in this matter, hereby certify that on January 18, 2023, I emailed the following to all counsel of record:

**DEFENDANT'S ELECTION OF ASSERTED PRIOR ART**

Lance Lee
wlancelee@gmail.com
Attorney at Law
5511 Plaza Dr.
Texarkana, Texas 75503

Edward L. Bishop *(pro hac vice)*
ebishop@bdl-iplaw.com
Benjamin A. Campbell
bcampbell@bdl-iplaw.com  *(pro hac vice)*
Stephanie N. White *(pro hac vice)*
swhite@bdl-iplaw.com
Bishop Diehl & Lee, Ltd.
1475 E. Woodfield Rd., Ste. 800
Schaumburg, IL 60173

*/s/ Greg Proctor*
Greg Proctor