# EXHIBIT B

| | |
|---|---|
| **From:** | Stephanie White |
| **Sent:** | Tuesday, January 24, 2023 5:12 PM |
| **To:** | Arthur Gollwitzer; Cristina Almendarez; Greg Proctor; Manish Mehta; Mircea Tipescu; Samuel Ruggio; Theresa L. Starck; Voyis21-77; William T. Nilsson; Zaiba Baig |
| **Cc:** | Benjamin A. Campbell; Edward L. Bishop; Lance Lee; BDL Litigation Docketing |
| **Subject:** | Revised Election of Asserted Claims |
| **Attachments:** | 20230124 Election of Asserted Claims.pdf |

Counsel, in view of the Court's entry of General Order 13-20 this afternoon, please see the attached revised Election of Asserted Claims.  Please provide Voyis's compliant Election of Prior art no later than close of business tomorrow (1/24). Thank you.

Best,
Stephanie

Stephanie N. White
**BISHOP DIEHL & LEE, LTD.**
1475 East Woodfield Road, Suite 800
Schaumburg, IL  60173
(847) 969-9123 (office)
(847) 969-9175 (direct)
(847) 969-9124 (fax)
swhite@bdl-iplaw.com

This email may contain privileged and/or confidential information that is for the sole use of the intended recipient(s).  If you are not the intended recipient, any disclosure, distribution, copying or use of this email and its contents is prohibited and may be unlawful.  If you have received this email in error, please immediately notify the sender that you have received this email and delete it.  Thank you.