# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| CATHX RESEARCH LTD., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 5:21-cv-00077-RWS |
| 2G ROBOTICS INC. a/k/a VOYIS IMAGING, INC., | § § § § | |
| *Defendant*. | § | |

**DEFENDANT VOYIS IMAGING, INC.'S**
**REVISED ELECTION OF ASSERTED PRIOR ART**

Pursuant to the Fourth Amended Docket Control Order (Dkt. 129) and the Court's Order (Dkt. 134) regarding E.D. Tex. GO 13-20 ("General Order Adopting Model Order Focusing Patent Claims and Prior Art to Reduce Cost"), Voyis Imaging, Inc. ("Voyis") hereby identifies the following prior art combinations with respect to the asserted claims of the patents-in-suit. Voyis also incorporates by reference its initial, supplemental, second, third supplemental invalidity contentions, and the expert report of Dr. Matthew Johnson-Roberson. Voyis reserves the right to modify this election based on the outcome of the currently pending motion regarding Cathx's request for reconsideration of the Court's claim construction rulings. *See* Dkt. Nos. 105, 106. The specific elected combinations of prior art references as to each of the patents-in-suit is set forth below.

1

**U.S. Patent No. 10,116,841 Elected Prior Art Combinations**

1. *Maki-1*[1] in view of *Madden*[2] and *Hudritsch*[3]
2. *Maki-1* in view of *Madden*, *Hudritsch* and *MacDonald*[4]
3. *Maki-2*[5] in view of *Madden* and *Hudritsch*
4. *Maki-2* in view of *Madden*, *Hudritsch* and *MacDonald*
5. *LPP Offer For Sale*[6] in view of *Madden* and *Hudritsch*
6. *LPP Offer For Sale* in view of *Madden, Hudritsch* and *MacDonald*

**U.S. Patent No. 10,116,842 Elected Prior Art Combinations**

1. *Maki-1* in view of *Madden* and *Hudritsch*
2. *Maki-1* in view of *Madden*, *Hudritsch* and *MacDonald*
3. *Maki-2* in view of *Madden* and *Hudritsch*
4. *Maki-2* in view of *Madden*, *Hudritsch* and *MacDonald*
5. *LPP Offer For Sale* in view of *Madden, Hudritsch* and *MacDonald*
6. *LPP Offer For Sale* in view of *Madden, Hudritsch* and *Gillham*[7]

---

[1] Development of the AUV Tri-TON for Imaging Rough Seafloor ("Maki-1")
[2] US 2011/0228075 ("Madden")
[3] US 2012/0069172 ("Hudritsch")
[4] Deep-Ocean Use of the SM2000 Laser Line Scanner on Submarine NR-1 Demonstrates System Potential for Industry and Basic Science ("MacDonald")
[5] Volumetric Mapping of Tubeworm Colonies in Kagoshima Bay through Autonomous Robotic Surveys ("Maki-2")
[6] ULS-500 integration with the Hugin AUV ("LPP Offer For Sale")
[7] US 2012/0062963 ("Gillham")

Dated: January 25, 2023

                    Respectfully submitted,

By: **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ Mircea Tipescu*
Mircea A Tipescu (Lead Attorney) (admitted *PHV*)
Manish K. Mehta (admitted *PHV*)
Zaiba Baig (admitted *PHV*)
Greg Proctor (admitted *PHV*)
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Tel: (312) 212-4949
mtipescu@beneschlaw.com
mmehta@beneschlaw.com
zbaig@beneschlaw.com
gproctor@beneschlaw.com

**JACKSON WALKER LLP**
Arthur Gollwitzer III
Texas State Bar No. 24073336
100 Congress Avenue, Suite 1100
Austin, Texas 78701
Tel: (512) 236-2000
agollwitzer@jw.com

William T. Nilsson
Texas State Bar No. 24123350
2323 Ross Ave., Suite 600
Dallas, TX 75201
Tel: (214) 953-6000
wnilsson@jw.com

***Attorneys for Defendant 2G Robotics Inc.
a/k/a Voyis Imaging, Inc.***

3

## CERTIFICATE OF SERVICE

I, Cristina Almendarez, an attorney of record in this matter, hereby certify that on January 25, 2023, I emailed the following to all counsel of record:

**DEFENDANT'S REVISED ELECTION OF ASSERTED PRIOR ART**

Lance Lee
wlancelee@gmail.com
Attorney at Law
5511 Plaza Dr.
Texarkana, Texas 75503

Edward L. Bishop *(pro hac vice)*
 ebishop@bdl-iplaw.com
Nicholas S. Lee *(pro hac vice)*
 nlee@bdl-iplaw.com
Benjamin A. Campbell *(pro hac vice)*
 bcampbell@bdl-iplaw.com
Stephanie N. White *(pro hac vice)*
 swhite@bdl-iplaw.com
Bishop Diehl & Lee, Ltd.
1475 E. Woodfield Rd., Ste. 800
Schaumburg, IL 60173

*/s/ Cristina Almendarez*
Cristina Almendarez