# **EXHIBIT F**

| | |
|---|---|
| **From:** | Tipescu, Mircea <MTipescu@beneschlaw.com> |
| **Sent:** | Thursday, June 8, 2023 6:52 PM |
| **To:** | Edward L. Bishop; Lance Lee |
| **Cc:** | Benjamin A. Campbell; Proctor, Greg; Nilsson, William (DAL); BDL Litigation Docketing; Mehta, Manish; Voyis21-77; Nicholas S. Lee; Benjamin A. Campbell; Stephanie White |
| **Subject:** | RE: Cathx v Voyis - Final Election of Asserted Claims and Prior Art |

Ed,

Thank you for your email, but we no longer see a reason for the meet and confer we had requested.

The purpose of our request was to see whether the parties could agree to alternative dates for the exchange of the parties' revised final elections necessitated by the Court's Ruling on Plaintiff's Motion to Reconsider (Dkt. No. 105).  Cathx did not set forth any counter proposal in response to Voyi's initial proposal based on Judge Schroeder's model docket control order.

In the meantime, Voyis served its Revised Election of Prior Art on June 2, 2023, prior to today's deadline for supplemental opening expert reports.  *See* Model Order Focusing Patent Claims and Prior Art to Reduce Costs (General Order No. 13-20) ("By the date set for the service of expert reports by the party with the burden of proof on an issue, the patent defendant shall serve a Final Election of Asserted Prior Art . . . .").  As such, we do not see any further need to discuss alternative dates.

Regards,
Mircea



Mircea A. Tipescu
Partner | Intellectual Property Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.212.4976 | m: 312.342.0446
MTipescu@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

---

**From:** Edward L. Bishop <ebishop@bishoppatents.com>
**Sent:** Thursday, June 8, 2023 1:22 PM
**To:** Tipescu, Mircea <MTipescu@beneschlaw.com>; Lance Lee <wlancelee@gmail.com>
**Cc:** Benjamin A. Campbell <bcampbell@bishoppatents.com>; Proctor, Greg <GProctor@beneschlaw.com>; Nilsson, William (DAL) <wnilsson@jw.com>; BDL Litigation Docketing <LitigationDocket@bdl-iplaw.com>; Mehta, Manish <MMehta@beneschlaw.com>; Voyis21-77 <Voyis21-77@beneschlaw.com>; Nicholas S. Lee <nlee@bishoppatents.com>; Benjamin A. Campbell <bcampbell@bishoppatents.com>; Stephanie White <swhite@bishoppatents.com>
**Subject:** RE: Cathx v Voyis - Final Election of Asserted Claims and Prior Art

Counsel,
  Please let us know if you're available to reschedule the meet-and-confer for tomorrow at 10am.
Regards,

Ed

Edward L. Bishop, Esq.
**Bishop Diehl & Lee, Ltd.**
1475 E. Woodfield Road, Suite 800
Schaumburg, IL  60173
(847) 925-9637 direct
(847) 969-9123 main
(847) 969-9124 fax
ebishop@bdl-iplaw.com

This email may contain privileged and/or confidential information that is for the sole use of the intended recipient(s).  If you are not the intended recipient, any disclosure, distribution, copying or use of this email and its contents is prohibited and may be unlawful.  If you have received this email in error, please immediately notify the sender that you have received this email and delete it.  Thank you.

**From:** Edward L. Bishop
**Sent:** Wednesday, June 7, 2023 1:25 PM
**To:** Tipescu, Mircea <MTipescu@beneschlaw.com>; Lance Lee <wlancelee@gmail.com>
**Cc:** Benjamin A. Campbell <bcampbell@bishoppatents.com>; Proctor, Greg <GProctor@beneschlaw.com>; Nilsson, William (DAL) <wnilsson@jw.com>; BDL Litigation Docketing <LitigationDocket@bdl-iplaw.com>; Mehta, Manish <MMehta@beneschlaw.com>; Voyis21-77 <Voyis21-77@beneschlaw.com>; Nicholas S. Lee <nlee@bishoppatents.com>; Benjamin A. Campbell <bcampbell@bishoppatents.com>; Stephanie White <swhite@bishoppatents.com>
**Subject:** RE: Cathx v Voyis - Final Election of Asserted Claims and Prior Art

Counsel,
  We just received word that Lance will not be able to attend today's conference.  We will have to move the conference to later in the week and we will let you know are availability hopefully by tomorrow.
Thanks,
Ed

Edward L. Bishop, Esq.
**Bishop Diehl & Lee, Ltd.**
1475 E. Woodfield Road, Suite 800
Schaumburg, IL  60173
(847) 925-9637 direct
(847) 969-9123 main
(847) 969-9124 fax
ebishop@bdl-iplaw.com

This email may contain privileged and/or confidential information that is for the sole use of the intended recipient(s).  If you are not the intended recipient, any disclosure, distribution, copying or use of this email and its contents is prohibited and may be unlawful.  If you have received this email in error, please immediately notify the sender that you have received this email and delete it.  Thank you.

**From:** Tipescu, Mircea <MTipescu@beneschlaw.com>
**Sent:** Tuesday, June 6, 2023 3:10 PM
**To:** Lance Lee <wlancelee@gmail.com>
**Cc:** Benjamin A. Campbell <bcampbell@bishoppatents.com>; Proctor, Greg <GProctor@beneschlaw.com>; Nilsson, William (DAL) <wnilsson@jw.com>; Edward L. Bishop <ebishop@bishoppatents.com>; BDL Litigation Docketing <LitigationDocket@bdl-iplaw.com>; Mehta, Manish <MMehta@beneschlaw.com>; Voyis21-77 <Voyis21-77@beneschlaw.com>; Edward L. Bishop <ebishop@bishoppatents.com>; Nicholas S. Lee <nlee@bishoppatents.com>; Benjamin A. Campbell <bcampbell@bishoppatents.com>; Stephanie White <swhite@bishoppatents.com>
**Subject:** RE: Cathx v Voyis - Final Election of Asserted Claims and Prior Art

Thank you Lance.  We will circulate a dial in shortly.



> Mircea A. Tipescu
> Partner | Intellectual Property Litigation
> Benesch Friedlander Coplan & Aronoff LLP
>
> t: 312.212.4976 | m: 312.342.0446
> MTipescu@beneschlaw.com | www.beneschlaw.com
> 71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637
>
> Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

---

**From:** Lance Lee <wlancelee@gmail.com>
**Sent:** Tuesday, June 6, 2023 2:54 PM
**To:** Tipescu, Mircea <MTipescu@beneschlaw.com>
**Cc:** Benjamin A. Campbell <bcampbell@bishoppatents.com>; Proctor, Greg <GProctor@beneschlaw.com>; Nilsson, William (DAL) <wnilsson@jw.com>; Edward L. Bishop <ebishop@bishoppatents.com>; BDL Litigation Docketing <LitigationDocket@bdl-iplaw.com>; Mehta, Manish <MMehta@beneschlaw.com>; Voyis21-77 <Voyis21-77@beneschlaw.com>; ebishop@bdl-iplaw.com; nlee@bdl-iplaw.com; bcampbell@bdl-iplaw.com; swhite@bdl-iplaw.com
**Subject:** Re: Cathx v Voyis - Final Election of Asserted Claims and Prior Art

How does 3 tomorrow work?  If so, please send a dial in number.

Lance

Sent from my iPhone

> On Jun 2, 2023, at 5:18 PM, Tipescu, Mircea <MTipescu@beneschlaw.com> wrote:
>
> Ben,
>
> I am resending my email below, including additional email addresses for recipients on your team, since I am receiving automated notifications stating that the email has not yet been delivered.
>
> Please confirm receipt.
>
> Thank you,
> Mircea
>
>> Mircea A. Tipescu
>> Partner | Intellectual Property Litigation
>> Benesch Friedlander Coplan & Aronoff LLP
>>
>> t: 312.212.4976 | m: 312.342.0446
>> MTipescu@beneschlaw.com | www.beneschlaw.com

> 71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637
>
> Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Tipescu, Mircea <MTipescu@beneschlaw.com>
**Sent:** Friday, June 2, 2023 3:53 PM
**To:** Benjamin A. Campbell <bcampbell@bishoppatents.com>
**Cc:** Proctor, Greg <GProctor@beneschlaw.com>; Nilsson, William (DAL) <wnilsson@jw.com>; Edward L. Bishop <ebishop@bishoppatents.com>; Lance Lee <wlancelee@gmail.com>; BDL Litigation Docketing <LitigationDocket@bdl-iplaw.com>; Mehta, Manish <MMehta@beneschlaw.com>; Voyis21-77 <Voyis21-77@beneschlaw.com>
**Subject:** RE: Cathx v Voyis - Final Election of Asserted Claims and Prior Art

Ben,

We look forward to hearing from you regarding Cathx's availability for a meet and confer next week.

In the meantime, please find attached Voyis' Revised Election of Prior Art for service. Voyis reserves the right to withdraw this election, and make a new election, should Cathx revise its current election of asserted claims.

We also note that while you did not respond to our invitation to propose a different set of dates for the exchange of final elections, Voyis is providing its revised final election early in order to facilitate good faith discussions during our meet and confer. This disclosure, however, is made without prejudice to Voyis' right to rely on deadlines imposed by the Model Order Focusing Patent Claims and Prior Art to Reduce Costs (General Order No. 13-20) entered in this matter (Dkt. 134) in view of the Court's Amended Claim Construction Order (Dkt. 165).

Regards,
Mircea

> Mircea A. Tipescu
> Partner | Intellectual Property Litigation
> Benesch Friedlander Coplan & Aronoff LLP
>
> t: 312.212.4976 | m: 312.342.0446
> MTipescu@beneschlaw.com | www.beneschlaw.com
> 71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637
>
> Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Benjamin A. Campbell <bcampbell@bishoppatents.com>
**Sent:** Tuesday, May 30, 2023 2:11 PM
**To:** Tipescu, Mircea <MTipescu@beneschlaw.com>
**Cc:** Proctor, Greg <GProctor@beneschlaw.com>; Nilsson, William (DAL) <wnilsson@jw.com>; Edward L. Bishop <ebishop@bishoppatents.com>; Lance Lee <wlancelee@gmail.com>; BDL Litigation Docketing <LitigationDocket@bdl-iplaw.com>; Mehta, Manish <MMehta@beneschlaw.com>; Voyis21-77 <Voyis21-77@beneschlaw.com>
**Subject:** RE: Cathx v Voyis - Final Election of Asserted Claims and Prior Art

Hi Mircea,

We are not available this afternoon or tomorrow. In fact, Ed is out of town all week. We will be in touch with our availability for a meet and confer next week after Ed returns and we have an opportunity to compare schedules on our end.

Regards,
Ben

Benjamin A. Campbell
**BISHOP DIEHL & LEE, LTD.**
1475 E. Woodfield Rd, Suite 800
Schaumburg, IL  60173
(847) 969-9123 (main phone)
(847) 969-9173 (direct)
(847) 969-9124 (fax)
bcampbell@bishoppatents.com

***PATENT, TRADEMARK, COPYRIGHT AND UNFAIR COMPETITION LAW***

This email may contain privileged and/or confidential information that is for the sole use of the intended recipient(s).  If you are not the intended recipient, any disclosure, distribution, copying or use of this email and its contents is prohibited and may be unlawful.  If you have received this email in error, please immediately notify the sender that you have received this email and delete it.  Thank you.

**From:** Tipescu, Mircea <MTipescu@beneschlaw.com>
**Sent:** Tuesday, May 30, 2023 11:18 AM
**To:** Benjamin A. Campbell <bcampbell@bishoppatents.com>
**Cc:** Proctor, Greg <GProctor@beneschlaw.com>; Nilsson, William (DAL) <wnilsson@jw.com>; Edward L. Bishop <ebishop@bishoppatents.com>; Lance Lee <wlancelee@gmail.com>; BDL Litigation Docketing <LitigationDocket@bdl-iplaw.com>; Mehta, Manish <MMehta@beneschlaw.com>; Voyis21-77 <Voyis21-77@beneschlaw.com>
**Subject:** Re: Cathx v Voyis - Final Election of Asserted Claims and Prior Art

Ben,

Please let us know your availability this afternoon or tomorrow for a meet and confer in this issue.

Thank you,
Mircea

> Mircea A. Tipescu
> Partner | Intellectual Property Litigation
> Benesch Friedlander Coplan & Aronoff LLP
>
> t: 312.212.4976 | m: 312.342.0446
> MTipescu@beneschlaw.com | www.beneschlaw.com
> 71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637
>
> Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

On May 30, 2023, at 11:05 AM, Benjamin A. Campbell <bcampbell@bishoppatents.com> wrote:

Greg,

We cannot agree to Voyis being allowed to submit a second final election of prior art on June 20, 2023.  Voyis has known of the claims being asserted against it since January 24, 2023, when Cathx served its last election that narrowed the asserted claims from the December 21, 2022 election to a total of ten.  All Docket Control Orders previously entered in this case have required Voyis to respond, in-kind, with a final election of asserted prior art within four weeks of Cathx's election.  We see no reason why Voyis' original election should be stricken, and a resubmission should be allowed twenty weeks later as you now propose.

Regards,
Ben

Benjamin A. Campbell
**BISHOP DIEHL & LEE, LTD.**
1475 E. Woodfield Rd, Suite 800
Schaumburg, IL  60173
(847) 969-9123 (main phone)
(847) 969-9173 (direct)
(847) 969-9124 (fax)
bcampbell@bishoppatents.com

***PATENT, TRADEMARK, COPYRIGHT AND UNFAIR COMPETITION LAW***

This email may contain privileged and/or confidential information that is for the sole use of the intended recipient(s).  If you are not the intended recipient, any disclosure, distribution, copying or use of this email and its contents is prohibited and may be unlawful.  If you have received this email in error, please immediately notify the sender that you have received this email and delete it.  Thank you.

**From:** Proctor, Greg <GProctor@beneschlaw.com>
**Sent:** Wednesday, May 24, 2023 3:36 PM
**To:** Benjamin A. Campbell <bcampbell@bishoppatents.com>; Nilsson, William (DAL) <wnilsson@jw.com>; Edward L. Bishop <ebishop@bishoppatents.com>; Stephanie White <swhite@bishoppatents.com>; Lance Lee <wlancelee@gmail.com>; BDL Litigation Docketing <LitigationDocket@bdl-iplaw.com>
**Cc:** Tipescu, Mircea <MTipescu@beneschlaw.com>; Mehta, Manish <MMehta@beneschlaw.com>; Voyis21-77 <Voyis21-77@beneschlaw.com>
**Subject:** Cathx v Voyis - Final Election of Asserted Claims and Prior Art

Counsel,

I write regarding the parties' Final Election of Asserted Claims and Final Election of Asserted Prior Art in view of Court's Ruling on Plaintiff's Motion to Reconsider and Clarify Aspects of the Court's Claim Construction Order (Dkt. No. 105).

In its December 21, 2022 Election of Asserted Claims, Cathx stated that it will modify its election of asserted claims based on the Court's resolution of Dkt. Nos. 105 and

106. Although the Sixth Amended Docket Control Order (Dkt. 167) is silent on this issue, Judge Schroeder's model docket control order, as reflected in the first Docket Control Order entered into the case (Dkt. No. 32), schedules the final election of asserted claims for 12 weeks before dispositive motions.  Following that timeline, Cathx's Final Election of Asserted Claims was due May 23, 2023.  Since we did not receive a modified final election of asserted claims from you, please confirm whether Cathx still intends to modify its election of asserted claims or will instead rely on its December 21, 2022 election.

Please note that pursuant to the timing under the model docket control order, Voyis will provide its final election of prior art by June 20, 2023 (8 weeks before dispositive motions).

If Cathx would like to propose a different set of dates for the exchange of final elections, please let us know so that the parties can find a mutually agreeable set of dates.

Best,
Greg

| | |
|---|---|
| vCard Bio | Greg Proctor<br>Associate \| Intellectual Property Litigation<br>Benesch Friedlander Coplan & Aronoff LLP<br><br>t: 628.600.2228 \| m: 321.684.8406<br>GProctor@beneschlaw.com \| www.beneschlaw.com<br>100 Pine Street, Suite 3100, San Francisco, CA 94111<br><br>Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialityno |

<2023-06-02 Voyis Revised Election of Asserted Prior Art.pdf>

7