# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **CATHX RESEARCH LTD.,**<br><br>Plaintiff,<br><br>v.<br><br>**2G ROBOTICS INC. A/K/A VOYIS IMAGING, INC.,**<br><br>Defendant. | Civil Action No: 5:21-cv-00077-RWS |

## ORDER

This matter has come before the Court on Plaintiff's Motion to Strike Untimely Election of Prior Art and to Strike Expert Reports. The Court being familiar with Cathx Research Ltd.'s motion, the applicable law, and the relevant facts, orders as follows:

It is hereby ORDERED that Cathx Research Ltd.'s Motion is GRANTED and that the June 2, 2023 Final Election of Asserted Prior Art served by Defendant 2G Robotics, Inc. a/k/a Voyis Imaging, Inc. ("Voyis") and the June 8, 2023 Supplemental Expert Report of Dr. Matthew Johnson-Roberson are hereby STRICKEN.