# EXHIBIT A

| **From:** | Baker, Jodi <jrbaker@beneschlaw.com> |
| **Sent:** | Wednesday, April 12, 2023 5:01 PM |
| **To:** | Lance Lee; Edward L. Bishop; Stephanie White; BDL Litigation Docketing; Benjamin A. Campbell |
| **Cc:** | Voyis21-77; Gollwitzer, Arthur; Nilsson, William (DAL) |
| **Subject:** | Case 5:21-cv-00077-RWS Cathx Research Ltd v. 2G Robotics, Inc.:  SERVICE |
| **Attachments:** | 2023-04-12 Voyis 4th Supp Invalid Contentions.pdf |

Counsel:

Attached for service, please find Defendant's Fourth Supplemental Invalidity Contentions.  The exhibits to these supplemental contentions are accessible via the following ShareFile link:

https://benesch.sharefile.com/d-see3b6f4121aa4bf4b1976dc84d3b08b8

Best regards,
Jodi



vCard

Jodi R. Baker
(she/her/hers)
IP Litigation Paralegal
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6372 | jrbaker@beneschlaw.com
www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

| | |
|---|---|
| **From:** | Baker, Jodi <jrbaker@beneschlaw.com> |
| **Sent:** | Wednesday, April 12, 2023 5:31 PM |
| **To:** | Lance Lee; Edward L. Bishop; Stephanie White; BDL Litigation Docketing; Benjamin A. Campbell |
| **Cc:** | Voyis21-77; Gollwitzer, Arthur; Nilsson, William (DAL) |
| **Subject:** | Case 5:21-cv-00077 Cathx v. Voyis:  Document Production VOYIS29 |
| **Attachments:** | VOYIS29.zip |

Counsel:

Attached please find document production volume VOYIS29, which contains documents bearing production numbers VOYIS451722 - VOYIS451733.

Best regards,
Jodi



Jodi R. Baker
(she/her/hers)
IP Litigation Paralegal
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6372 | jrbaker@beneschlaw.com
www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

vCard