# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **CATHX RESEARCH LTD.,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**2G ROBOTICS INC. A/K/A VOYIS IMAGING, INC.,**<br><br>　　　　Defendant. | Civil Action No: 5:21-cv-00077-RWS |

## ELECTION OF ASSERTED CLAIMS

Pursuant to the General Order Adopting Model Order Focusing Patent Claims and Prior Art to Reduce Costs (General Order No. 13-20), formally entered by the Court on January 24, 2023 (Dkt. No. 134), Plaintiff makes its revised election of asserted claims.  The Court is currently considering a dispute among the parties as to the construction of the phrase "the camera and light sources are synchronized" in U.S. Patent No. 10,116,842 (*see* Dkt. No. 105).  The outcome of said motion will affect Cathx's "final" claim elections.  Accordingly, Cathx submits the following election and reserves the right to modify it (and will modify it) based on the Court's resolution of the referenced motion at the appropriate time. Cathx further expressly reserves the right to withdraw this election, and make a new election, should the Court issue another order amending the Docket Control Order and setting a later date for Cathx to make its election of asserted claims. Pursuant to and subject to the foregoing, Cathx makes the following claim elections at this time:

　　　　Cathx elects Claims 1, 3, 12-13, and 15 of U.S. Patent No. 10,116,842.

　　　　Cathx elects Claims 1, 4, 12, 13, and 15 of U.S. Patent No. 10,116,841.

2

Dated: January 24, 2023

Respectfully submitted,

/s/  Edward L. Bishop
Edward L. Bishop (*PHV*)
ebishop@bdl-iplaw.com
Nicholas S. Lee (*PHV*)
nlee@bdl-iplaw.com
Benjamin A. Campbell (*PHV*)
bcampbell@bdl-iplaw.com
Stephanie N. White (*PHV*)
swhite@bdl-iplaw.com
Bishop Diehl & Lee, Ltd.
1475 E. Woodfield Rd., Suite 800
Schaumburg, IL 60173
(847)-969-9123

Lance Lee
Lance Lee, Attorney at Law
5511 Plaza Dr.
Texarkana, TX 75503
wlancelee@gmail.com
903-223-0276
*Counsel for Plaintiff Cathx Research Ltd.*

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that on January 24, 2023, I have served a true and correct copy of the foregoing ELECTION OF ASSERTED CLAIMS on the following individuals, via electronic mail, as follows:

 Mircea A Tipescu (mtipescu@beneschlaw.com)
 Manish K. Mehta (mmehta@beneschlaw.com)
 Zaiba Baig (zbaig@beneschlaw.com)
 Cristina Almendarez (calmendarez@beneschlaw.com)
 Teresa L. Starck (tstarck@beneschlaw.com)
 Samuel J. Ruggio (sruggio@beneschlaw.com)
 BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
 71 South Wacker Drive, Suite 1600
 Chicago, IL 60606

 Greg Proctor (gproctor@beneschlaw.com)
 BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
 100 Pine Street, Suite 3100
 San Francisco, CA 94111

 Arthur Gollwitzer III (agollwitzer@jw.com)
 JACKSON WALKER LLP
 100 Congress Avenue, Suite 1100
 Austin, TX 78701

 William T. Nilsson (wnilsson@jw.com)
 JACKSON WALKER LLP
 2323 Ross Ave., Suite 600
 Dallas, TX 75201

              /s/ Stephanie N. White
              Stephanie N. White