# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| CATHX RESEARCH LTD., | § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 5:21-CV-00077-RWS |
| 2G ROBOTICS, INC. a/k/a VOYIS IMAGING, INC., | § § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Defendant's Unopposed Motion for Withdrawal of Counsel. Docket No. 190. In its motion, Defendant requests that Zaiba Baig be withdrawn as an attorney of record because Baig is no longer with the firm of Benesch, Friedlander, Coplan & Aronoff LLP. Because the motion is unopposed and supported by good cause, the Court finds that it should be **GRANTED**. Zaiba Baig is therefore

**WITHDRAWN** as counsel for the Defendant in the above-captioned action. The Clerk of Court is directed to terminate all CM/ECF notifications to Zaiba Baig in this action.

So ORDERED and SIGNED this 13th day of July, 2023.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE