**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| CATHX RESEARCH LTD., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 5:21-CV-00077-RWS |
| § | |
| 2G ROBOTICS, INC. a/k/a VOYIS § | |
| IMAGING, INC., § | |
| § | |
| Defendant. § | |

## ORDER

The Court hereby **SETS** a telephonic status conference in the above-captioned matter at **2 p.m. on July 25, 2023**. The Court will circulate dial-in information for the status conference via email.

**So ORDERED and SIGNED this 21st day of July, 2023.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE