IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| CATHX RESEARCH LTD. | § | |
| | § | |
| V. | § | CIVIL NO. 5:21cv77 |
| | § | |
| 2G ROBOTICS, INC., a/k/a VOYIS | § | |
| IMAGING, INC. | § | |

___

MINUTES FOR STATUS CONFERENCE
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
JULY 25, 2023

OPEN: 2:05 p.m.                                                                 ADJOURN: 2:50 p.m.
___

ATTORNEYS FOR PLAINTIFF:     Lance Lee, Edward Bishop and Benjamin Campbell

ATTORNEYS FOR DEFENDANT: Mircea Tipescu, Manish Mehta and Will Nilsson

LAW CLERK:                              Courtney Bolin

COURTROOM DEPUTY:         Betty Schroeder

COURT REPORTER:                 Shelly Holmes
___

(via telephone)

| Time | Event |
|---|---|
| 2:05 p.m. | Case called; counsel introduce themselves and announce ready; Court welcomes everyone and gives preliminary comments regarding the proposed docket control order; Court advises parties the date for the dispositive motions hearing will be November 20, 2023 at 10:00 a.m. |
| 2:14 p.m. | Mr. Edward Bishop argues against dates for initial election to serve prior art; the Kaltenbacher and other references; and supplementing expert reports |
| 2:19 p.m. | Mr. Will Nilsson responds to Mr. Bishop's argument |
| 2:20 p.m. | Court questions Mr. Nilsson; Mr. Nilsson responds |

| | |
|---|---|
| 2:22 p.m. | Court questions Mr. Nilsson; Mr. Nilsson responds |
| 2:24 p.m. | Mr. Mircea Tipescu responds to argument |
| 2:25 p.m. | Court questions Mr. Nilsson; Mr. Nilsson responds |
| 2:26 p.m. | Court questions Mr. Nilsson; Mr. Nilsson and Mr. Tipescu respond |
| 2:30 p.m. | Mr. Bishop responds |
| 2:31 p.m. | Court questions Mr. Bishop; Mr. Bishop responds |
| 2:36 p.m. | Court questions Mr. Bishop; Mr. Bishop responds |
| 2:37 p.m. | Mr. Nilsson responds |
| 2:39 p.m. | Mr. Tipescu responds |
| 2:41 p.m. | Mr. Bishop responds |
| 2:43 p.m. | Court questions Mr. Nilsson; Mr. Nilsson and Mr. Tipescu respond |
| 2:48 p.m. | Court advises a 7th Amended Docket Control Order will be forthcoming |
| 2:50 p.m. | Recess |