# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| CATHX RESEARCH LTD., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 5:21-cv-00077-RWS |
| VOYIS IMAGING, INC., | § § § | |
| *Defendant*. | § § § | |

## **[PROPOSED] ORDER**

Before the Court is Plaintiff Cathx Research Ltd. ("Cathx") and Defendant Voyis Imaging, Inc. a/k/a 2G Robotics Inc.'s ("Voyis") Joint Motion to Take Expert Deposition Out of Time (Dkt. No. 294) (the "Motion"). Having considered the Motion, the Court finds that it should be **GRANTED**. It is **ORDERED** that Voyis is permitted to take the deposition of Dr. Patrick Hudson out of time on October 4, 2023.