IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| CATHX RESEARCH LTD., | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § | Civil Action No. 5:21-CV-00077-RWS |
| 2G ROBOTICS, INC. a/k/a VOYIS IMAGING, INC., | | |
| Defendant. | | |

## ORDER

Before the Court is the parties' Joint Motion to Take Expert Deposition Out of Time. Docket No. 204. Defendant Voyis Imaging, Inc. seeks to take the deposition of Plaintiff Cathx Research Ltd.'s expert, Dr. Patrick Hudson, after the close of expert discovery. *Id.* Having considered the motion, and because it is unopposed, the Court finds that it should be **GRANTED**. Accordingly, it is

**ORDERED** that the parties' Joint Motion to Take Expert Deposition Out of Time (Docket No. 204) is **GRANTED**. Defendant Voyis Imaging may take the expert deposition of Dr. Patrick Hudson pursuant to Rule 26(b)(4)(A) after the close of expert discovery. It is further

**ORDERED** that taking the expert deposition of Dr. Hudson out of turn shall not be grounds for delay of the deadlines outlined in the Seventh Amended Docket Control Order (Docket No. 202).

**So ORDERED and SIGNED this 26th day of September, 2023.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE