**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| CATHX RESEARCH LTD., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case No. 5:21-cv-00077-RWS |
| § | |
| 2G ROBOTICS INC. a/k/a VOYIS § | |
| IMAGING, INC., § | |
| § | |
| *Defendant*. § | |

**DEFENDANT VOYIS IMAGING, INC.'S**
**TRIAL WITNESS LIST**

Pursuant to the Seventh Amended Docket Control Order (Dkt. 202), Defendant, Voyis Imaging, Inc. ("Voyis"), hereby identifies the following witnesses for trial at this time.

Voyis reserves the right to update or amend this list in view of changing facts, Plaintiff's changing contentions, and/or the Court's rulings on various motions, including summary judgment motions. Voyis also reserves the right to call at trial, either in person or by deposition, any of the witnesses listed on Plaintiff's witness list, or in Plaintiff's or any other party's initial disclosures, including any amendments or supplements thereto. Finally, Voyis reserves the right to call as rebuttal or impeachment witnesses, either in person or by deposition, any witness listed on this list, Plaintiff's witness list, or in Plaintiff's or any other party's initial disclosures, including any amendments or supplements thereto.

| | **WITNESS, employer, topic of testimony** | **WILL CALL** | **MAY CALL** | **MAY, BUT PROBABLY WILL NOT CALL** |
|---|---|---|---|---|
| 1 | Chris Gilson, Voyis Imaging Inc. <br><br> Voyis and the 2G Robotics, Inc. entity that was in existence prior to January 1, 2020 ("former 2G Robotics"), non-infringement, invalidity, damages | X | | |
| 2 | Ryan Wicks, Voyis Imaging Inc. <br><br> Voyis and the 2G Robotics, Inc. entity that was in existence prior to January 1, 2020 ("former 2G Robotics"), non-infringement, invalidity | X | | |
| 3 | Matthew Johnson-Roberson, Carnegie Mellon University <br><br> Non-infringement, invalidity, objective indicia for invalidity, non-infringing alternatives and any other subject matter included in his expert reports | X | | |
| 4 | June Munford, Freelance <br><br> Authenticity and public availability of prior art references and any other subject matter included in her expert report | X | | |
| 5 | Vijay Madisetti, Georgia Institute of Technology <br><br> Objective indicia for invalidity and any other subject matter included in his expert report | X | | |
| 6 | Myles Kaluzna, Breakwater Forensics LLC <br><br> Damages, objective indicia for invalidity, and any other subject matter included in his expert report | X | | |
| 7 | Jamie Cheramie, Oceaneering International, Inc. <br><br> Invalidity | X | | |
| 8 | Toshihiro Maki, University of Tokyo <br><br> Authenticity and public availability of prior art references | X | | |

|  | **WITNESS, employer, topic of testimony** | **WILL CALL** | **MAY CALL** | **MAY, BUT PROBABLY WILL NOT CALL** |
|---|---|---|---|---|
| 9 | Gordon MacPherson, The Institute For Electrical and Electronic Engineers<br><br>Authenticity and public availability of prior art references | X | | |
| 10 | Jason Gillham<br><br>Non-infringement, invalidity | | X | |
| 11 | Patrick Hudson, Exponent Inc.<br><br>Non-infringement, invalidity, objective indicia for invalidity, | | X | |
| 12 | Justin Blok, Whitley Penn LLP<br><br>Damages | | X | |
| 13 | Brian Nutter, Texas Tech University<br><br>Invalidity | | X | |
| 14 | Adrian Boyle, Cathx Research Ltd.<br><br>Cathx, Asserted Patents, invalidity, non-infringement, damages | | | X |

September 28, 2023                           Respectfully submitted,

                                    By:   **BENESCH, FRIEDLANDER, COPLAN**
                                             **& ARONOFF LLP**

                                           */s/ Mircea Tipescu*
                                          Mircea A Tipescu (Lead Attorney) (admitted *PHV)*
                                          Manish K. Mehta (admitted *PHV*)
                                          Simeon G. Papacostas (admitted *PHV*)
                                          Cristina Q. Almendarez
                                          Theresa Starck (admitted *PHV*)
                                          Samuel J. Ruggio (admitted *PHV*)
                                          71 South Wacker Drive, Suite 1600
                                          Chicago, IL 60606
                                          Tel: 312.212.4949
                                          mtipescu@beneschlaw.com
                                          mmehta@beneschlaw.com
                                          spapacostas@beneschlaw.com
                                          calmendarez@beneschlaw.com
                                          tstarck@beneschlaw.com
                                          sruggio@beneschlaw.com

                                          Greg Proctor (Admitted *PHV*)
                                          100 Pine Street, Suite 1300
                                          San Francisco, CA 94111
                                          Tel: 628) 600.2228
                                          gproctor@beneschlaw.com

                                          **JACKSON WALKER LLP**
                                          Arthur Gollwitzer III
                                          Texas State Bar No. 24073336
                                          100 Congress Avenue, Suite 1100
                                          Austin, Texas 78701
                                          Tel: (512) 236-2000
                                          agollwitzer@jw.com

                                          William T. Nilsson
                                          Texas State Bar No. 24123350
                                          2323 Ross Ave., Suite 600
                                          Dallas, TX 75201
                                          Tel: (214) 953-6000
                                          wnilsson@jw.com

                                          *Attorneys for Defendant 2G Robotics Inc.*
                                          *a/k/a Voyis Imaging, Inc.*

## CERTIFICATE OF SERVICE

I, Mircea Tipescu, an attorney of record in this matter, hereby certify that on September 28, 2023, I served the following document via the Court's CM/ECF system on all counsel of record:

**DEFENDANT'S TRIAL WITNESS LIST**

Lance Lee
wlancelee@gmail.com
Attorney at Law
5511 Plaza Dr.
Texarkana, Texas 75503

Edward L. Bishop *(pro hac vice)*
ebishop@bdl-iplaw.com
Nicholas S. Lee
nlee@bdl-iplaw.com
Stephanie N. White *(pro hac vice)*
swhite@bdl-iplaw.com
Benjamin A. Campbell
bcampbell@bdl-iplaw.com  *(pro hac vice)*
Bishop Diehl & Lee, Ltd.
1475 E. Woodfield Rd., Ste. 800
Schaumburg, IL 60173

/s/ Mircea Tipescu
Mircea Tipescu