IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| CATHX RESEARCH LTD., <br><br>  Plaintiff, <br><br> v. <br><br> 2G ROBOTICS INC. a/k/a VOYIS IMAGING, INC., <br><br>  Defendant. | Case No. 5:21-cv-00077-RWS |

**PLAINTIFF CATHX'S REBUTTAL TRIAL WITNESS LIST**

Plaintiff Cathx Research Ltd. ("Cathx"), pursuant to the Court's Amended Docket Control Order (Dkt. No. 202), identifies and categorizes the following trial witnesses that it will call or may call in rebuttal to Voyis Imaging, Inc.'s, ("Voyis") presentation of evidence at the trial scheduled to commence on January 22, 2024:  all individuals identified and categorized on Cathx's Trial Witness List (Dkt. No. 206).

Cathx also reserves the right to call any witness identified on Voyis' Trial Witness List (Dkt. No. 207) or on any rebuttal trial witness list of Voyis.  Cathx includes in this Rebuttal Trial Witness List, individuals who may be listed on Voyis' opening and rebuttal witness list without waving any right to object to Voyis' presentation of such witnesses at trial, without waving any objections to the admissibility of any such testimony, and without waiving the right to move for the exclusion of any testimony.

Cathx reserves the right to supplement, augment, or otherwise modify this list based on circumstances as they may evolve prior to the commencement of trial.

Dated: October 3, 2023

Respectfully submitted,

/s/ Edward L. Bishop
Edward L. Bishop (*admitted pro hac vice*)
ebishop@bdl-iplaw.com
Nicholas S. Lee (*admitted pro hac vice*)
nlee@bdl-iplaw.com
Benjamin A. Campbell (*admitted pro hac vice*)
bcampbell@bdl-iplaw.com
Stephanie N. White (*admitted pro hac vice*)
swhite@bdl-iplaw.com
BISHOP DIEHL & LEE, LTD.
1475 E. Woodfield Road, Suite 800
Schaumburg, IL 60173
Telephone: (847) 969-9123
Facsimile: (847) 969-9124

-and-

Lance Lee (Texas Bar No. 2400762)
wlancelee@gmail.com
Attorney at Law
5511 Plaza Drive
Texarkana, TX 75503
Telephone: (903) 223-0276

*Counsel for Cathx Research, Ltd.*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsels of record who are deemed to have consented to electronic service are being served with a true and correct copy of the foregoing **PLAINTIFF CATHX'S REBUTTAL TRIAL WITNESS LIST** via the Court's CM/ECF system this October 3, 2023. Any other counsel of record will be served by electronic and/or first-class mail.

/s/ Edward L. Bishop
Edward L. Bishop