**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| CATHX RESEARCH LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 5:21-cv-00077-RWS |
| | § | |
| 2G ROBOTICS INC. a/k/a VOYIS IMAGING, INC., | § | |
| | § | |
| *Defendant*. | § | |

**DEFENDANT VOYIS IMAGING, INC.'S**
**REBUTTAL TRIAL WITNESS LIST**

Pursuant to the Seventh Amended Docket Control Order (Dkt. 202), Defendant, Voyis Imaging, Inc. ("Voyis"), hereby files this Rebuttal Trial Witness List of rebuttal trial witnesses that it will, or may, call in rebuttal to Plaintiff Cathx Research Ltd. ("Cathx") presentation of evidence at trial:

- All individuals identified on Voyis' Trial Witness List (Dkt. 207).

- Voyis also reserves the right to call any witness identified by Cathx, including those witnesses on Cathx's Trial Witness List (Dkt. 206) or on any rebuttal trial witness list of Cathx.

Voyis makes this identification without waving any right to object to Cathx's presentation of Cathx's witnesses at trial, any objections to the admissibility of any such testimony, and the right to move for the exclusion of any testimony by Cathx's witnesses. Voyis also reserves the right to supplement or otherwise modify this list prior to the commencement of trial.

October 3, 2023                                       Respectfully submitted,

             By: **BENESCH, FRIEDLANDER, COPLAN**
                 **& ARONOFF LLP**

               */s/ Mircea Tipescu*
              Mircea A Tipescu (Lead Attorney) (admitted *PHV)*
              Manish K. Mehta (admitted *PHV*)
              Simeon G. Papacostas (admitted *PHV*)
              Cristina Q. Almendarez
              Theresa Starck (admitted *PHV*)
              Samuel J. Ruggio (admitted *PHV*)
              71 South Wacker Drive, Suite 1600
              Chicago, IL 60606
              Tel: 312.212.4949
              mtipescu@beneschlaw.com
              mmehta@beneschlaw.com
              spapacostas@beneschlaw.com
              calmendarez@beneschlaw.com
              tstarck@beneschlaw.com
              sruggio@beneschlaw.com

              Greg Proctor (Admitted *PHV*)
              100 Pine Street, Suite 1300
              San Francisco, CA 94111
              Tel: 628) 600.2228
              gproctor@beneschlaw.com

              **JACKSON WALKER LLP**
              Arthur Gollwitzer III
              Texas State Bar No. 24073336
              100 Congress Avenue, Suite 1100
              Austin, Texas 78701
              Tel: (512) 236-2000
              agollwitzer@jw.com

              William T. Nilsson
              Texas State Bar No. 24123350
              2323 Ross Ave., Suite 600
              Dallas, TX 75201
              Tel: (214) 953-6000
              wnilsson@jw.com

              *Attorneys for Defendant 2G Robotics Inc.*
              *a/k/a Voyis Imaging, Inc.*

## CERTIFICATE OF SERVICE

I, William T. Nilsson, an attorney of record in this matter, hereby certify that on October 3, 2023, I served the following document via the Court's CM/ECF system on all counsel of record:

**DEFENDANT'S REBUTTAL TRIAL WITNESS LIST**

Lance Lee
wlancelee@gmail.com
Attorney at Law
5511 Plaza Dr.
Texarkana, Texas 75503

Edward L. Bishop *(pro hac vice)*
ebishop@bdl-iplaw.com
Nicholas S. Lee
nlee@bdl-iplaw.com
Stephanie N. White *(pro hac vice)*
swhite@bdl-iplaw.com
Benjamin A. Campbell
bcampbell@bdl-iplaw.com  *(pro hac vice)*
Bishop Diehl & Lee, Ltd.
1475 E. Woodfield Rd., Ste. 800
Schaumburg, IL 60173

*/s/ William T. Nilsson*
William T. Nilsson