IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **CATHX RESEARCH LTD.,**<br><br>Plaintiff,<br><br>v.<br><br>**2G ROBOTICS INC., a/k/a VOYIS IMAGING, INC.,**<br><br>Defendant. | Civil Action No.: 5:21-cv-00077-RWS |

**NOTICE OF SERVICE OF CATHX RESEARCH LTD.'S
SUPPLEMENTAL EXPERT WITNESS REPORT RE: DAMAGES**

Pursuant to Fed. R. Civ. P. 26(a)(2)(E) and 26(e) as well as L.R. CV-26(c), the undersigned hereby certifies that a true and correct copy of the Second Supplemental Expert Witness Disclosure and Report of JUSTIN R. BLOK, by and through counsel, was served on Defendant 2G Robotics Inc. a/k/a Voyis Imaging, Inc. ("Voyis") on September 26, 2023 via email on behalf of Plaintiff Cathx Research Ltd. ("Cathx"). The Second Supplemental Expert Witness Disclosure and Report was necessitated by additional information made available to Mr. Blok and made relevant by information relied upon by Voyis' rebuttal expert, including Sonardyne's financials that were not produced in this litigation.

Cathx reserves the right to call Mr. Blok at trial to provide expert testimony in the instant matter.

Dated: October 9, 2023

Respectfully submitted,

/s/ Edward L. Bishop
Edward L. Bishop (*admitted PHV*)
ebishop@bdl-iplaw.com
Nicholas S. Lee (*admitted PHV*)
nlee@bdl-iplaw.com
Benjamin A. Campbell (*admitted PHV*)

1

bcampbell@bdl-iplaw.com
Stephanie N. White (*admitted PHV*)
swhite@bdl-iplaw.com
BISHOP DIEHL & LEE, LTD.
1475 E. Woodfield Road, Suite 800
Schaumburg, IL 60173
(847) 969-9123

Lance Lee
wlancelee@gmail.com
Attorney at Law
Texas Bar No. 24004762
5511 Plaza Drive
Texarkana, TX 75503
(903) 223-0276

*Counsel for Plaintiff Cathx Research Ltd.*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of the foregoing document on October 9, 2023. Any other counsel of record will be served by electronic and/or first-class mail.

    /s/ Edward L. Bishop
    Edward L. Bishop