IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **CATHX RESEARCH LTD.,**<br><br>         Plaintiff,<br><br>v.<br><br>**2G ROBOTICS INC. A/K/A VOYIS IMAGING, INC.,**<br><br>         Defendant. | Civil Action No: 5:21-cv-00077-RWS<br><br>Hon. Judge. Robert W. Schroeder III |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SEAL MOTION TO EXCLUDE TESTIMONY OF <u>VIJAY MADISETTI ON OBJECTIVE INDICIA</u>

COMES NOW, Plaintiff and hereby files this Unopposed Motion for Leave to Seal their Motion to Exclude Certain Testimony of Vijay Madisetti on Objective Indicia.

Plaintiff seeks to seal their Motion due to certain references, documents and/or information being CONFIDENTIAL RESTRICTED – ATTORNEYS' EYES ONLY subject to the Court's Protective Order. Plaintiff's counsel has discussed said Motion with opposing counsel who does not oppose the requested relief.

WHEREFORE, PREMISES CONSIDERED Plaintiff respectfully requests that the Court enter the attached order granting leave to file their Motion to Exclude Certain Testimony of Vijay Madisetti on Objective Indicia under seal.

                                                            Respectfully submitted,

                                       By:       */s/ Lance Lee*
                                                 Lance Lee
                                                 Texas Bar No. 24004762

        Attorney-at-Law
        5501 Plaza Drive
        Texarkana, Texas 75503
        Telephone: (903) 223-0276
        Fax: (903) 233-0210
        wlancelee@gmail.com

        *Counsel for Plaintiff Cathx Research Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via email transmission, facsimile and/or U.S. Mail this 10th day of October, 2023.

        /s/ *Lance Lee*
        Lance Lee

## CERTIFICATE OF CONFERENCE

I hereby certify that the parties have complied with the meet and confer requirement in Local Rule CV-7(h) and this motion is unopposed.

        /s/ *Lance Lee*
        Lance Lee