IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **CATHX RESEARCH LTD.,**<br><br>Plaintiff,<br><br>v.<br><br>**2G ROBOTICS INC. A/K/A VOYIS IMAGING, INC.,**<br><br>Defendant. | Civil Action No: 5:21-cv-00077-RWS |

## **ORDER**

BEFORE the Court is Plaintiff's Unopposed Motion for Leave to Seal their Motion to Exclude Certain Testimony of Vijay Madisetti on Objective Indicia. Having considered said Motion, the Court finds that it is well taken. Therefore, it is hereby

ORDERED, ADJUDGED and DECREED that Plaintiff's Unopposed Motion for Leave to Seal their Motion to Exclude Certain Testimony of Vijay Madisetti on Objective Indicia is GRANTED.