IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| CATHX RESEARCH LTD., § § § Plaintiff, § § v. § CIVIL ACTION NO. 5:21-CV-00025-RWS § 2G ROBOTICS, INC. a/k/a VOYIS § IMAGING, INC., § § § Defendant. § | |

## ORDER

Before the Court are various motions to seal, including: (1) Defendant Voyis Imaging, Inc.'s Unopposed Omnibus Motion for Leave to File Under Seal (Docket No. 286); (2) Plaintiff Cathx Research Ltd.'s Unopposed Motion for Leave to Seal Cathx's Sur-Reply in Opposition to Voyis' Motion to Strike Portions of the Untimely Expert Report of Justin Blok (Docket No. 287); (3) Plaintiff's Unopposed Motion for Leave to Seal Plaintiff's Exhibit A to Their Sur-Reply in Opposition to Voyis' Motion to Strike Dr. Hudson's Source Code Opinions (Docket No. 289); (4) Plaintiff's Unopposed Motion For Leave To Seal Plaintiff's Sur-Reply In Opposition To Voyis' Motion To Strike Dr. Hudson's Source Code Opinions (Docket No. 290); (5) Plaintiff's Unopposed Motion For Leave To Seal Plaintiff's Sur-Reply In Opposition To Defendant's Motion For Partial Summary Judgment Re: Willful Infringement (Docket No. 293); (6) Plaintiff's Unopposed Motion For Leave To Seal Plaintiff's Reply In Support Of Its Motion For Summary Judgment (Docket No. 295); and (7) Defendant's Unopposed Motion For Leave To File Under Seal (Docket No. 302). Having considered the parties' motions, and because they are unopposed, the motions to seal are hereby **GRANTED**. Accordingly, it is

**ORDERED** that Plaintiff's motions to seal (Docket Nos. 287, 289, 290, 293, 295) are **GRANTED**. It is further

**ORDERED** that Defendant's motions to seal (Docket Nos. 286, 302) are **GRANTED**. It is further

**ORDERED** that Plaintiff's Sur-Reply in Opposition to Voyis's Motion to Strike Portions of the Untimely Expert Report of Justin Blok (Docket No. 288), Plaintiff's Exhibit A to Their Sur-Reply in Opposition to Voyis' Motion to Strike Dr. Hudson's Source Code Opinions (Docket No. 291-1), Plaintiff's Sur-Reply in Opposition to Voyis's Motion to Strike Dr. Hudson's Source Code Opinions (Docket No. 291), Plaintiff's Sur-Reply in Opposition to Defendant's Motion For Partial Summary Judgment Re: Willful Infringement (Docket No. 294), and Plaintiff's Reply in Support of Its Motion For Summary Judgment (Docket No. 296) shall be filed under seal. It is further

**ORDERED** that Defendant's Sur-Reply to Cathx's Motion to Exclude Testimony of Vijay Madisetti, Ph.D. on Objective Indicia (Docket No. 285), Defendant's Sur-Reply to Cathx's Motion to Exclude Portions of Dr. Matthew Johnson-Roberson's Testimony (Docket No. 283), Defendant's Sur-reply to Cathx's Motion to Exclude Testimony of Myles D. Kaluzna on Damages (Docket No. 284), and Defendant's Reply in Support of Its Motion Summary Judgment of Noninfringement and Exhibit A (Docket No. 301) shall be filed under seal.

**So ORDERED and SIGNED this 8th day of November, 2023.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE