# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **CATHX RESEARCH LTD.,** | Civil Action No: 5:21-cv-00077-RWS |
| Plaintiff, | |
| v. | Judge: Hon. Robert W. Schroeder III |
| **2G ROBOTICS INC. a/k/a VOYIS IMAGING, INC,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## JOINT STATUS REPORT

Plaintiff Cathx Research Ltd. and Defendant 2G Robotics Inc. a/k/a Voyis Imaging, Inc. previously filed a Joint Motion to Stay All Deadlines and Notice of Settlement. Dkt. 318. On November 17, 2023, the Court granted the Parties' Joint Motion and stayed this case for a period of 30 days. Dkt. 319. The Court also ordered that, if the matter has not been dismissed before the expiration of the stay, the Parties are to meet and confer and file a joint status report. *Id.*

The Parties have exchanged and have been negotiating a formal settlement agreement consistent with the general terms set forth in the Parties' Joint Motion. *See* Dkt. 318 (filed under seal). In view of the recent and upcoming holidays, and the delays in communicating across separate time zones, the Parties have met, conferred, and jointly request additional time to finalize the formal settlement agreement. Specifically, the Parties ask that all deadlines in this case remain stayed for an additional 30 days (*i.e.*, until January 16, 2024) to account for potential delays surrounding upcoming holidays. The Parties have not identified any disputes that would require resolution by the Court and also remain in contact with a third-party mediator who helped facilitate the settlement between the Parties. Consequently, the Parties remain confident that the formal agreement will be finalized, and this matter dismissed, without further judicial intervention.

Dated:  December 18, 2023

Respectfully submitted,

By: /s/Edward L. Bishop
    Lance Lee
    Attorney at Law
    State Bar No. 24004762
    5511 Plaza Dr.
    Texarkana, TX  75503
    wlancelee@gmail.com
    903-223-0276

    Edward L. Bishop (*admitted PHV*)
    ebishop@bdl-iplaw.com
    Stephanie N. White (*admitted PHV*)
    swhite@bdl-iplaw.com
    Benjamin A. Campbell (*admitted PHV*)
    bcampbell@bdl-iplaw.com
    Nicholas S. Lee (*admitted PHV*)
    nlee@bdl-iplaw.com
    BISHOP DIEHL & LEE, LTD.
    1475 E. Woodfield Rd., Suite 800
    Schaumburg, IL  60173
    (847) 969-9123

    *Counsel for Plaintiff Cathx Research Ltd.*


By: */s/Mircea A. Tipescu (with permission)*
    Mircea A. Tipescu (admitted *PHV*)
    Manish K. Mehta (admitted *PHV*)
    Cristina Q. Almendarez
    Theresa Starck (admitted *PHV*)
    Samuel J. Ruggio (admitted *PHV*)
    BENESCH FRIEDLANDER
     COPLAN & ARONOFF LLP
    71 South Wacker Drive, Suite 1600
    Chicago, Illinois 60606-4637
    Tel:  312.212.4949
    mtipescu@beneschlaw.com
    mmehta@beneschlaw.com
    calmendarez@beneschlaw.com
    tstarck@beneschlaw.com
    sruggio@beneschlaw.com

    Greg Proctor (admitted *PHV*)
    100 Pine Street, Suite 3100
    San Francisco, CA 94111
    Tel:  628.600.2228
    gproctor@beneschlaw.com

    JACKSON WALKER LLP
    Arthur Gollwitzer III

Case 5:21-cv-00077-RWS   Document 321   Filed 12/18/23   Page 3 of 3 PageID #:  12812

       Texas State Bar No. 24073336  
       100 Congress Avenue, Suite 1100  
       Austin, Texas 78701  
       Tel: (512) 236-2000  
       agollwitzer@jw.com

       William T. Nilsson  
       Texas State Bar No. 24123350  
       2323 Ross Ave., Suite 600  
       Dallas, TX 75201  
       Tel: (214) 953-6000  
       wnilsson@jw.com

*Attorneys for Defendant 2G Robotics Inc. a/k/a Voyis Imaging, Inc.*