IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **CATHX RESEARCH LTD.,**<br><br>       Plaintiff,<br><br>v.<br><br>**2G ROBOTICS INC. A/K/A VOYIS IMAGING, INC.,**<br><br>       Defendant. | Civil Action No: 5:21-cv-00077-RWS |

**[PROPOSED] ORDER**

This matter has come before the Court on the Parties' Joint Status Report which requests that this case remain stayed for an additional 30 days.  The Court being familiar with the Parties' request, the applicable law, and the relevant facts, finds that the request for a stay should be **GRANTED**. Accordingly, it is:

**ORDERED** that all deadlines in the above-captioned cause are **STAYED** for an additional period of 30 days. If the matter has not been dismissed before the expiration of the stay, the parties are

**ORDERED** to meet and confer and file a joint status update.