# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| CATHX RESEARCH LTD., § § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. 5:21-CV-00077-RWS |
| 2G ROBOTICS, INC. a/k/a VOYIS § IMAGING, INC., § § § | |
| Defendant. § | |

## ORDER

Before the Court is the parties' Joint Status Report regarding settlement. Docket No. 321. On November 17, 2023, the Court granted the parties' joint motion to stay all deadlines pending settlement. Docket No. 319. The Court stayed all deadlines for 30 days, and ordered the parties to file a joint status if the above-captioned case was not dismissed before the expiration of the stay. *Id.* In their joint status report, the parties explained that they are still negotiating the final settlement agreement, and that in light of the upcoming holidays and delays in communicating across separate time zones, the parties request that all deadlines remain stayed for an additional 30 days. *Id.*[1]

Having reviewed the parties' joint status report, the Court finds that good cause exists to stay all deadlines in the above-captioned matter for an additional 30 days. Accordingly, it is

**ORDERED** that all deadlines in the above-captioned case are **STAYED** until **January 16, 2024**. If the matter has not been dismissed before the expiration of the stay, the parties are

**ORDERED** to meet and confer and file a joint status update.

---

[1] The parties also stated they "have not identified any disputes that would require resolution by the Court." *Id.*

**So ORDERED and SIGNED this 18th day of December, 2023.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE