IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **CATHX RESEARCH LTD.,**<br><br>  Plaintiff,<br><br>v.<br><br>**2G ROBOTICS INC. a/k/a VOYIS IMAGING, INC,**<br><br>  Defendant. | Civil Action No: 5:21-cv-00077-RWS<br><br>Judge: Hon. Robert W. Schroeder III<br><br>**JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT

Plaintiff Cathx Research Ltd. and Defendant 2G Robotics Inc. a/k/a Voyis Imaging, Inc. previously filed a Joint Motion to Stay All Deadlines and Notice of Settlement ("Joint Motion" – Dkt. 318) and a Joint Status Report (Dkt. 321) that requested an initial 30-day stay of this case and an additional 30-day extension of that stay, respectively. On December 18, 2023, the Court granted the Parties' requested 30-day extension, setting the expiration of the stay for January 16, 2024. Dkt. 322. The Court also ordered that, if the matter has not been dismissed before the expiration of the stay, the Parties are to meet and confer and file a joint status report. *Id.*

The Parties have continued to exchange drafts of a formal settlement agreement consistent with the general terms set forth in the Parties' Joint Motion. *See* Dkt. 318 (filed under seal). The Parties' respective drafts have addressed ongoing negotiations relating to various terms, but the Parties agree that a settlement in principle was previously reached as indicated by the statement of general terms in the Parties' Joint Motion. *Id.* The Parties remain hopeful that they will be able to resolve any remaining disputes without the Court's intervention but are preparing to present any remaining disputes for the Court to resolve if necessary, as agreed in the Parties' Joint Motion. *Id.*

Accordingly, the Parties jointly propose that if they are unable to reach a final agreement by January 31, 2024, they shall submit a Joint Stipulation attaching a copy of the most recently exchanged draft agreement and setting forth any disputed terms along with the Parties' respective positions regarding those terms for the Court's resolution.

The Parties also jointly request that they be granted leave to file the foregoing Joint Stipulation, and any attachments thereto, under seal.

Dated: January 17, 2024

Respectfully submitted,

By: /s/ Edward L. Bishop
Edward L. Bishop (*admitted PHV*)
ebishop@bdl-iplaw.com
Stephanie N. White (*admitted PHV*)
swhite@bdl-iplaw.com
Benjamin A. Campbell (*admitted PHV*)
bcampbell@bdl-iplaw.com
Nicholas S. Lee (*admitted PHV*)
nlee@bdl-iplaw.com
BISHOP DIEHL & LEE, LTD.
1475 E. Woodfield Rd., Suite 800
Schaumburg, IL  60173
(847) 969-9123

Lance Lee
Attorney at Law
State Bar No. 24004762
5511 Plaza Dr.
Texarkana, TX  75503
wlancelee@gmail.com
903-223-0276

*Counsel for Plaintiff Cathx Research Ltd.*

By: */s/* Mircea A. Tipescu (*with permission*)
Mircea A. Tipescu (admitted *PHV*)
Manish K. Mehta (admitted *PHV*)
Cristina Q. Almendarez
Theresa Starck (admitted *PHV*)
Samuel J. Ruggio (admitted *PHV*)
BENESCH FRIEDLANDER
  COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Tel:  312.212.4949
mtipescu@beneschlaw.com

2

mmehta@beneschlaw.com
calmendarez@beneschlaw.com
tstarck@beneschlaw.com
sruggio@beneschlaw.com

Greg Proctor (admitted *PHV*)
100 Pine Street, Suite 3100
San Francisco, CA 94111
Tel:  628.600.2228
gproctor@beneschlaw.com

JACKSON WALKER LLP
Arthur Gollwitzer III
Texas State Bar No. 24073336
100 Congress Avenue, Suite 1100
Austin, Texas 78701
Tel: (512) 236-2000
agollwitzer@jw.com

William T. Nilsson
Texas State Bar No. 24123350
2323 Ross Ave., Suite 600
Dallas, TX 75201
Tel: (214) 953-6000
wnilsson@jw.com

*Attorneys for Defendant 2G Robotics Inc.
a/k/a Voyis Imaging, Inc.*