IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **CATHX RESEARCH LTD.,**<br><br>    Plaintiff,<br><br>v.<br><br>**2G ROBOTICS INC. A/K/A VOYIS IMAGING, INC.,**<br><br>    Defendant. | Civil Action No: 5:21-cv-00077-RWS |

**[PROPOSED] ORDER**

This matter has come before the Court on the Parties' Joint Status Report regarding ongoing efforts to formalize their settlement agreement.  The Court being familiar with the Parties' request, the applicable law, and the relevant facts, finds that the request for a stay should be **GRANTED**. Accordingly, it is:

**ORDERED** that all deadlines in the above-captioned cause are **STAYED** pending dismissal or resolution by the Court. If the matter has not been dismissed before January 31, 2024, the parties are

**ORDERED** to meet and confer and file a Joint Stipulation no later than January 31, 2024, attaching a copy of their most recently exchanged draft settlement agreement, indicating where any disputes remain, and setting forth the Parties' respective positions regarding the disputed terms. The Parties are **GRANTED LEAVE** to file their Joint Stipulation, and any attachments thereto, under seal.