# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| CATHX RESEARCH LTD., | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. 5:21-CV-00077-RWS |
| 2G ROBOTICS, INC. a/k/a VOYIS IMAGING, INC., | § § § § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Joint Status Report ("January Status Report") regarding settlement. Docket No. 323. On November 17, 2023, the Court granted the parties' joint motion to stay pending settlement and stayed all deadlines for 30 days. Docket No. 319. On December 18, 2023, after reviewing the parties' joint status report (Docket No. 321), the Court extended the stay an additional 30 days for the parties to finalize their settlement agreement. Docket No. 322.

In the January Status Report, the parties explained that they have exchanged "drafts of a formal settlement agreement consistent with the general terms" initially filed with the Court. Docket No. 323; *see also* Docket No. 318. While the parties "agree that a settlement agreement in principle was previously reached," there are remaining disputes. *Id.* The parties asked to extend the stay of deadlines until January 31, 2024, at which time they will "present any remaining disputes for the Court to resolve if necessary." *Id.* Having reviewed the January Status Report, the Court finds that good cause exists to stay all deadlines in the above-captioned matter approximately 30 days from the date of this order, up to and including February 16, 2024. Accordingly, it is

**ORDERED** that all deadlines in the above-captioned case remain **STAYED** until **Friday, February 16, 2024**. If the matter has not been dismissed before the expiration of the stay, the parties are

**ORDERED** to meet and confer and file a joint status update under seal regarding the status of the parties' disagreement and remaining issues preventing finalization of the settlement agreement.[1]

**So ORDERED and SIGNED this 18th day of January, 2024.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

---

[1] The Court may find an in-person hearing is necessary to understand the scope of the settlement disputes. If the Court finds a hearing is necessary, it will be set in a separate order. The Court may also determine that mediation between the parties is appropriate for resolving the remaining disputes.