# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| CATHX RESEARCH LTD., § § § Plaintiff, § § v. § CIVIL ACTION NO. 5:21-CV-00077-RWS § 2G ROBOTICS, INC. a/k/a VOYIS § IMAGING, INC., § § Defendant. § | |

## ORDER

On January 18, 2024, the Court extended the stay pending settlement in the above-captioned action in accordance with the parties' joint status report requesting additional time to finalize the settlement agreement. Docket No. 324. This is the third extension of the stay pending settlement. *See* Docket Nos. 319, 322, 324. In the January 18 order, the Court extended the stay to February 16, 2024, and if the case was not dismissed before the expiration of the stay, ordered the parties to file a joint status report regarding the status of the settlement disagreements. More than 10 days have passed since the expiration of the stay and the parties have not filed dismissal papers nor a joint status report. Accordingly, it is

**ORDERED** that the parties show cause within **seven (7) days** of the filing of this Order as to why the parties failed to comply with the Court's January 18 order, as well as file a joint status report regarding the status of the parties' settlement agreement.

**So ORDERED and SIGNED this 26th day of February, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE