# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **CATHX RESEARCH LTD.,**<br><br>    Plaintiff,<br><br>v.<br><br>**2G ROBOTICS INC. a/k/a VOYIS IMAGING, INC,**<br><br>    Defendant. | Civil Action No: 5:21-cv-00077-RWS<br><br>Judge: Hon. Robert W. Schroeder III |

## RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Cathx Research Ltd. ("Cathx") and Defendant 2G Robotics Inc. a/k/a Voyis Imaging, Inc. ("Voyis"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims and counterclaims in this action between Cathx and Voyis are dismissed WITH PREJUDICE with each party to bear its own costs, expenses, and attorneys' fees.

Dated: March 1, 2024

By: /s/ Benjamin A. Campbell
    Benjamin A. Campbell (*admitted PHV*)
    bcampbell@bdl-iplaw.com
    BISHOP DIEHL & LEE, LTD.
    1475 E. Woodfield Rd., Suite 800
    Schaumburg, IL 60173
    (847) 969-9123

    *Counsel for Plaintiff Cathx Research Ltd.*

Respectfully submitted,

By: /s/ Mircea A. Tipescu (w/ permission)
    Mircea A. Tipescu (admitted *PHV*)
    BENESCH FRIEDLANDER
     COPLAN & ARONOFF LLP
    71 South Wacker Drive, Suite 1600
    Chicago, Illinois 60606-4637
    Tel: 312.212.4949
    mtipescu@beneschlaw.com

    *Counsel for Defendant 2G Robotics Inc.*
    *a/k/a Voyis Imaging, Inc.*