IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **CATHX RESEARCH LTD.,**<br><br>    Plaintiff,<br><br>v.<br><br>**2G ROBOTICS INC., a/k/a VOYIS IMAGING, INC.,**<br><br>    Defendant. | Case No.: 5:21-cv-00777-RWS<br><br>Judge: Hon. Robert W. Schroeder III |

**[PROPOSED] ORDER**

This matter has come before the Court on the Parties' Rule 41(a)(1)(A)(ii) Stipulation of Dismissal which requests that all claims and counterclaims in this action be dismissed WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees. The Court being familiar with the Parties' request, the applicable law, and the relevant facts, finds that the request for the Stipulated Dismissal should be **GRANTED**.  Accordingly, it is:

**ORDERED** that all deadlines and any pending requested relief in the above-captioned case are stricken and denied as moot.

The Clerk of the Court is directed to close this action.