# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| CATHX RESEARCH LTD., § § § § Plaintiff, § § v. § CIVIL ACTION NO. 5:21-CV-00077-RWS § 2G ROBOTICS, INC. a/k/a VOYIS § IMAGING, INC., § § § Defendant. § | |

## ORDER

Before the Court is the parties' Rule 41(a)(1)(A)(ii) Stipulation of Dismissal. Docket No. 326. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that all claims and counterclaims in this action are dismissed with prejudice with each party to bear its own costs, expenses, and attorneys' fees. *Id.* The Court, having reviewed the joint stipulation, finds that it should be **GRANTED**. Accordingly, it is

**ORDERED** that the stipulated dismissal is accepted by the Court and that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and expenses. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 1st day of March, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE